BESSIE ELLIS v. ABRAHAM ELLIS.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. EVERETT B. SWEEZY and Others, Impleaded with NATHANIEL F. GLIDDEN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of KATHERINE ROGERS for a Determination of the Courts as to the Designation of JOHN P. O'BRIEN for the Office of Mayor of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

In the Matter of the Application of KATHERINE ROGERS for a Determination of the Courts as to the Designation of LEWIS H. POUNDS for the Office of Mayor of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

ZOLTAN FRIEDMAN v. FRANK V. KELLY, as Public Administrator, etc., of ANTON D. DIMOU, Deceased, Impleaded, etc. HARRY C. JACKSON v. FRANK V. KELLY, as Public Administrator, etc., of ANTON D. DIMOU, Deceased, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK v. THE NATIONAL CITY BANK OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [See ante, p. 803.]

CHARLES A. BENSON v. ASSOCIATED ART PRESS, INC., and Others, Impleaded with SAMUEL W. FRANKEL.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IRWIN HEIM, an Infant, by SIDNEY HEIM, His Guardian ad Litem, and SIDNEY HEIM v. THE MITCHELL-HARLEE CAMPS, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant, appellant, filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FRED A. SWINGLE v. DR. LEO MAYER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v. ALFRED H. NEWBURGER and Others, Appellants, Respondents, and RAY GLEASON and LOUISA KOHL, Respondents.— Judgment affirmed, with costs of this appeal to defendant, respondent, Louisa Kohl, against the defendants, appellants. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.